NEW YORK TERMINAL COMPANY, Appellant, *v.* CHARLES H. GAUS, as Comptroller of the State of New York, Respondent.

(Submitted January 5, 1914; decided January 13, 1914)

Motion for re-argument denied, with ten dollars costs. (See 204 N. Y. 512.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONEY ISLAND JOCKEY CLUB, Appellant, *v.* WILLIAM SOHMER, as Comptroller of the State of New York, Respondent.

*People ex rel. Coney Island Jockey Club* v. *Sohmer*, 155 App. Div. 842, affirmed.
(Argued January 5, 1914; decided January 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 11, 1913, which confirmed a determination of the state comptroller refusing to revise a franchise tax assessed against the relator for the year ending October 31, 1911.

*Latham G. Reed* for appellant.

*Thomas Carmody, Attorney-General* (*Franklin Kennedy* of counsel), for respondent.

·Order affirmed, with costs, on opinion of LYON, J., below.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK and MILLER, JJ. Not voting: HISCOCK, J. Absent: WERNER, J.